UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20560 CIV-HUCK

MAGISTRATE JUDGE WHITE

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

**09-20560**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA     **CIV - HUCK**
MIAMI DIVISION

MAGISTRATE JUDGE
WHITE

VINCENT F. RIVERA #585585,    CS. NO.
  PLAINTIFF(S)/PETITIONER(S),
                              COMPLAINT - JURY
v.                            TRIAL DEMANDED

GOVERNOR CHARLES J. CRIST,    JURISDICTION: 28 USC
SECRETARY OF THE FLORIDA DEPT. § 1331 & 1367
OF CORRECTIONS, WALT McNEIL,  VENUE: 28 USC § 1391(e)
INSPECTOR GENERAL OF THE FLORIDA
DEPT. OF CORRECTIONS, PAUL DECKER,
WARDEN OF APALACHEE CORRECTIONAL     FILED by ___ D.C.
INSTITUTION, EAST UNIT, JOHN PALMER,
CAPTAIN M. SILCOX, OFFICER BRUCE     MAR - 5 2009
GRAHAM, AND NURSE C. HOLLOWAY,       STEVEN M. LARIMORE
PERSONALLY AND OFFICIALLY, ETC.,     CLERK U.S. DIST. CT.
ET AL.,                              S. D. of FLA. – MIAMI

                                     cat/div 1983/Dade Co.
                                     Case # 09CV20560
                                     Judge PCH    Mag PAW
                                     Motn Ifp Yes  Fee pd $ 0
  DEFENDANTS - RESPONDENTS.          Receipt # _____

PLAINTIFF(S)/PETITIONER(S), SUES THE ABOVE-NAMED
DEFENDANTS - RESPONDENTS, AND ALLEGES:

### COUNT I

DEPRIVATION OF CIVIL RIGHTS 42 USC §§
1981, 1983, 1985(3), 1986, & 1997(a) & (d)
FOR VIOLATIONS OF PLAINTIFF(S)/PETITIONER(S)
FEDERAL CONSTITUTIONAL RIGHTS UNDER THE
FIRST, FOURTH, FIFTH, EIGHTH, TENTH, THIRTEENTH,
FOURTEENTH, FIFTEENTH & TWENTY FOURTH AMDTS.

### COUNT II

CONSPIRACY TO DENY PLAINTIFF(S)/PETITIONER(S)
FEDERAL CONSTITUTIONAL RIGHTS.

### COUNT III
PENDENT STATE CLAIM FOR VIOLATION OF FLORIDA SUNSHINE LAW, §286.011 F.S.

### COUNT IV
PENDENT STATE CLAIM FOR THE UNLAWFUL AND UNCONSTITUTIONAL ENFORCEMENT OF FLORIDA ADMINISTRATIVE CODE RULE 33-108.101 (SUB. ABUSE TESTING PROGRAM). SEE §§ 893.135(1) F.S (A PRETEXT FOR DRUG TRAFFICKING).

### ISSUES PRESENTED

1/ WHETHER THE FLORIDA DEPARTMENT OF CORRECTIONS (FDOC) IS A PROVING GROUND FOR FEDERAL ANTIDRUG AND DRUG CONTROL POLICIES; AND THUS, ESTABLISHES CRITERIA FOR "STATE CONTROLLED" DRUG ENFORCEMENT REGULATIONS; TRUMPING FEDERAL LAW UNDER TITLE 21 AND THE COMMERCE CLAUSE.

WHETHER THE FDOC AND THE STATE OF FLORIDA ARE ACTUALLY DEVELOPING BIASED DRUG CONTROL POLICIES, PROCEDURES, AND PROTOCOLS; FOR EXPANSION INTO THE PUBLIC ARENA AND PRIVATE SECTOR, FOR ILLEGAL USAGE.

### RELIEF SOUGHT

THE NATURE OF THE RELIEF SOUGHT HEREINUNDER IS AS FOLLOWS:

A.) AN AWARD OF MONEY DAMAGES IN THE AMOUNT OF SIXTEEN TRILLION DOLLARS ($16,000,000,000,000.00), IN U.S CURRENCY, CHINA YUAN, EUROPEAN UNION (EU) EUROS, OR CANADIAN AMERO DOLLARS, AT THE CURRENT RATE OF EXCHANGE;

B.) AN ORDER ENJOINING THE PARTIES DEFENDANT-RESPONDENT FROM ENGAGING IN ANY FURTHER VIOLATIONS OF MR. RIVERA'S CONSTITUTIONAL RIGHTS. INCLUDING WITHOUT LIMITATION, VIOLATIONS OF THE DANGEROUS DRUG DIVERSION CONTROL ACT, 21 USC § 822.(a), AND THE COMPREHENSIVE DRUG ABUSE PREVENTION AND CONTROL ACT, 21 USC §§ 841, ET SEQ.;

C.) AN ORDER DECLARING THE RIGHTS OF THE PARTIES;

1/ OFFERING ONE EXPLANATION AS TO WHY THE GOVERNMENT IS COMPELLED TO PROTECT THE STATES FROM FEDERAL INTERVENTION. ACCORD TENNESSEE V. LANE, 126 S.CT. 1978 (2004) (NARCO-TRAFFICKING)

D.) AN AWARD OF COSTS AND EXPENSES TO INCLUDE WITHOUT LIMITATION, REASONABLE ATTORNEY'S FEES; AND,

E.) AN ORDER GRANTING TO PLAINTIFF(S)/PETITIONER(S) SUCH OTHER AND FURTHER RELIEF.

* * *

## STATEMENT OF THE FACTS

PLAINTIFF(S)/PETITIONER(S) VINCENT F. RIVERA, DC# 578548, IS A STATE PRISONER THAT HAS BEEN ILLEGALLY INCARCERATED WITHIN THE FLORIDA DEPT. OF CORRECTIONS SINCE JANUARY 25, 1991. WHILE IN GENERAL POPULATION AT APALACHEE CORRECTIONAL INSTITUTION, NEAR SNEADS, FLORIDA, MR. RIVERA WAS WRITTEN A TRUMPED-UP DISCIPLINARY REPORT (DR), WHICH ALLEGED THAT HE REFUSED TO SUBMIT TO SUBSTANCE ABUSE TESTING (LOG# 102-090372, VIOLATION CODE 9-26 WRITTEN BY OFC. BRUCE GRAHAM ON 2.5.09.). THE DR STEMS FROM NURSE HOLLOWAY ADMINISTERING MR. RIVERA THE INCORRECT MEDICATION, WHICH CAUSED HIM TO EXPERIENCE AN ADVERSE PHARMACODYNAMIC REACTION. AT WHICH TIME CAPT. MICHAEL SILCOX ORDERED A SUBSTANCE ABUSE TEST, AS A COVER-UP FOR NURSE C. HOLLOWAY'S MISTAKE. NURSE HOLLOWAY GAVE MR. RIVERA "NEUROTIN", A PAIN-CONTROL DRUG; INSTEAD OF HIS USUAL MEDICATION, 250 MG BENADRYL (5 CAPSULES). MR. RIVERA WAS ALSO TAKING THE MEDICATION, "TEGRETOL" (800 MG.). WHEN MR. RIVERA COULD NOT URINATE FOR SUBSTANCE ABUSE ANALYSIS, HE WAS WRITTEN A DR. AND SUBSEQUENTLY FOUND GUILTY OF THE INFRACTION, BY THE DR HEARING OFFICERS. ALBEIT, IN HIS MEDICAL/HEALTH FILE THERE ARE ANY NUMBER OF "INFORMED CONSENT FOR PSYCHOTROPIC MEDICATION" FORMS (DCN-SHSL); THAT SPECIFICALLY IDENTIFY THE "SIDE EFFECTS" OF THE MEDICATIONS MR. RIVERA WAS PRESCRIBED (4/08 & 11/08). ONE SUCH CONDITION ASSOCIATED WITH BENADRYL (TRANQUILIZER) AND TEGRETOL (ANTI-ANXIETY), IS "URINARY DISORDER." AS A PROXIMATE RESULT OF THIS ADMINISTRATIVE AGENCY CONSPIRACY, MR. RIVERA DISCOVERED THAT THE FDOC IS ACTUALLY DIVERTING DANGEROUS DRUGS TO HOSPITALS, DRUGSTORES, DOCTOR & DENTAL GROUPS, NURSING HOMES, AND OTHER HEALTHCARE INDUSTRY COMPONENTS, WHERE THE DRUGWARE IS RESOLD TO THE PUBLIC. SEE RECORD AND COURT FILE IN IN RE: MANAGED CARE LITIGATION, NOS. 00-1334-MD-MORENO(SD/FLA), 03-21266-CIV-MORENO(SD/FLA). THE FDOC IS CLASSIFIED AS A "HEALTHCARE ENTITY," WHICH POSSESSES A "RESTRICTED PRESCRIPTION DRUG DISTRIBUTION PERMIT," ONLY. NOT A WHOLESALER'S LICENSE. NONE THE LESS, THE NURSING STAFF AT APALACHEE C.I. DID NOT DOCUMENT AN "ADVERSE EVENT" TIED TO THE WRONGLY ADMINISTERED MEDICATIONS ON 2.5.09.; AS REQUIRED BY FEDERAL LAW. MR. RIVERA IS CLEARLY IN IMMINENT DANGER OF SERIOUS PHYSICAL INJURY.

* * * *

² FORMER REGIONAL DIRECTOR FOR REGION 1, MR. ALLEN K. CLARK, WHO RECEIVED 2-YEARS IN FEDERAL PRISON IN '06; MAKES HIS HOME IN SNEADS, FL.

DATED: SNEADS, FLORIDA
MARCH 1, 2009

RESPECTFULLY SUBMITTED,

Vincent F. Rivera

By: VINCENT F. RIVERA #518548
APALACHEE CORR. INST.
35 APALACHEE DR. EAST UNIT #102
SNEADS, FLORIDA 32460

---

SOUNDING IN "RETALIATION." BECAUSE MR. CLARK HAS NUMEROUS FRIENDS AT A.C.I., INCLUDING FORMER COL. GLENN FRYE. SEE 42 USC § 1997(d).

EXHIBIT Oo

ISS0150 (01)  FLORIDA DEPARTMENT OF CORRECTIONS  02/07/2009
CHARGING DISCIPLINARY REPORT
LOG # 102-090372

```
DC#: 518548      INMATE NAME: RIVERA, VINCENT F.
VIOLATION CODE: 0926   TITLE: REF. SUB. ABUSE TEST
FACILITY CODE: 102     NAME: APALACHEE EAST UNIT
```

INFRACTION
DATE: 02/05/09
TIME: 18:30

DELIVERY OF CHARGES:
A COPY OF THE CHARGES WILL BE PROVIDED TO YOU AT LEAST 24 HOURS PRIOR TO THE CONVENING OF THE DISCIPLINARY HEARING UNLESS YOU WAIVE THE WAITING PERIOD. THE HEARING MAY BEGIN ANY TIME AFTER THE 24 HOUR PERIOD UNLESS YOU SIGN THE WAIVER.

DISCIPLINARY HEARING:
THE DECISION WILL BE MADE IN ADVANCE WHETHER THE HEARING WILL BE CONDUCTED BY THE DISCIPLINARY TEAM OR THE HEARING OFFICER. YOU MAY REQUEST A HEARING BY THE FULL DISCIPLINARY TEAM RATHER THAN THE HEARING OFFICER. YOU WILL APPEAR IN PERSON BEFORE THE DISCIPLINARY TEAM/HEARING OFFICER UNLESS YOU WAIVE THIS APPEARANCE BY SIGNING A WAIVER FORM. YOU WILL BE ADVISED OF THE CHARGES PLACED AGAINST YOU AND THE RANGE OF PENALTY IF FOUND GUILTY. YOU MAY REQUEST STAFF ASSISTANCE. THE CHAIRPERSON/HEARING OFFICER WILL READ THE STATEMENT AND ASK YOU FOR YOUR PLEA. A GUILTY PLEA REQUIRES NO FURTHER STATEMENT; HOWEVER, YOU MAY MAKE A STATEMENT FOR THE TEAM/HEARING OFFICER TO CONSIDER. A NO CONTEST PLEA WILL BE TREATED AS A GUILTY PLEA. A REFUSAL TO ENTER A PLEA WILL BE TREATED AS A NOT GUILTY PLEA. IF YOU ENTER A NOT GUILTY PLEA, YOU WILL BE ALLOWED TO MAKE A STATEMENT ON YOUR OWN BEHALF, PRESENT EVIDENCE AND REQUEST STAFF OR INMATE WITNESSES AS DEEMED APPROPRIATE BY THE TEAM/HEARING OFFICER. AFTER THE TEAM/HEARING OFFICER HAS MADE A DECISION, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE DECISION AND THE EVIDENCE RELIED UPON IN MAKING THAT DECISION. IF YOU ARE FOUND GUILTY, YOU WILL BE ADVISED VERBALLY AND IN WRITING AS TO THE RECOMMENDED PENALTY.

APPEAL:
IF YOU ARE FOUND GUILTY, YOU MAY APPEAL THIS DECISION BY FILING A FORMAL GRIEVANCE WITH THE WARDEN OF YOUR FACILITY WITHIN 15 DAYS OF THE RECEIPT OF WRITTEN NOTICE OF THE TEAM/HEARING OFFICERS DECISION. FOR INFORMATION REGARDING THE RULES ON DISCIPLINE, REFER TO: 33-601, F. A. C.

PAGE

\* GIVING THE STATE ADMINISTRATIVE AGENCY THE FIRST OPPORTUNITY TO CORRECT ITS MISTAKE IS A FAUX PAS. BECAUSE IT ONLY ADVANCES MORE OF THE SAME PUBLIC CORRUPTION. BY PROVIDING THE AGENCY WITH A WAY TO SUPPRESS EVIDENCE OF SUCH IMPROPRIETY. SOMETHING THAT THE PANEL IN ALEXANDER V. HAWK, 59 F.3d 1321 (11TH CIR. 1998), OVERLOOKED

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
☐ Warden
☐ Asst. Warden
☒ Classification / Security
☐ Medical / Mental Health
☐ Dental
☐ Other  Colonel Copeland

FROM: Inmate Name: VINCENT RIVERA
DC Number: 578548
Quarters: Y1-105U
Job Assignment: UNASSIGNED
Date: Feb 24, 2009

**REQUEST** Informal Grievance: Sub. Abuse Testing program. No Psychiatric Conditions.

The Inspector General's Substance Abuse Testing program, under F.S. 33-108.101 F5 is unlawful and unconstitutional. It discriminates against inmates receiving mental health treatment, by excluding any mental health condition in its mandatory language. Sounding in selective-enforcement of state administrative law. On 2-5-09 I was written a trumped-up Disciplinary Report (DR) for refusing to submit to substance abuse testing (9-2(e)). Even though the psychotropic meds I take, as stated in the DCH-3452 consent to treatment w/ Psychotropic Medication form, that is in my health record, several times specifies that both kinds of meds: Benadryl and Tegretol cause urination problems/urinary disorders. I was found guilty at DR Court. I was tested for cause on 2-5-09 because the nurse (Holloway) gave me the wrong meds (Neurontin) which made me toxic and caused me to have a bad pharmacodynamic reaction. Capt. M. Silcox wanted to cover-up the situation. And I was subjected to punishment under F.S. 33-108.101 FAC. This issue is ripe for investigation by the Inspector General, because his program that violated my rights under the Fifth Amendment. And creates an unconstitutional condition of confinement, 42 USCS 1997(a).

09-02-105 86

DATE RECEIVED: 2/25/09

**RESPONSE**

The substance abuse testing program is not unlawful and unconstitutional. Your allegation of being given the wrong medication was already sent for review.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signed]   Date: 2/25/09

Distribution: White - Returned to Inmate
Canary - Returned to Inmate
Pink - Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)   Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☒ Other _Institution Inspector_ |
|---|---|---|---|---|

| FROM: | Inmate Name: Vincent Rivera | DC Number: 585748 | Quarters: Q2211 | Job Assignment: unassigned | Date: 2-9-09 |
|---|---|---|---|---|---|

**REQUEST** — Informal Grievance

On 2-5-09 I was given the wrong medication at the pill line at Apalachee CI. I take 800 mg Tegretol / 50 mg Benadryl as prescribed. Nurse Holloway was dispensing meds. I don't know if Nurse Holloway is a Suwannee agency nurse or a Dept. of Corr. nurse. But I trusted her to give me the correct medication. I didn't have any reason not to. Then I ended up in a pseudo-catatonic state of consciousness "zombified" and totally out of it. I'm an open-population inmate. I could've been stabbed by other inmates. Or misled into thinking that the perimeter fence was my dormitory and shot to death by guards. That's the issue being addressed here. I was placed in A/C status as a protest for staff abuse, and deliberate indifference. I've been made to suffer all sorts of indignities because of nurse Holloway's misstep. And exactly how the admin at ACI dresses up the situation is a matter of public concern. Corrective action [informal grievances will be responded to in writing.] As required. But I am willing to forget about it.

09-02-0397

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                          DATE RECEIVED: 2-10-09

This was answered in Grievance (formal) 0902-102-071

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Returned_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): R. McAu, SHSA     Date: 2-11-09

Distribution:  White  -Returned to Inmate    Pink -Retained by official responding, or if the response is to an
              Canary -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Grievance of a Medical nature

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL   0902-102-207
— State Drug Control policy —   c/u V11056

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: _Rivera_ _Vincent_ _____ _518548_ _APCI_
      Last   First   Middle Initial   Number   Institution

### Part A – Inmate Grievance

On 2.5.09, I was erroneously given the medication Neurotin, instead of what I usually take, Benadryl. I was then subjected to what amounts to "Staff abuse" by the shift OIC Capt. Silcox and his staff. I was given a "for cause" Substance Abuse test, ordered to strip down. Then written a Disciplinary Report (DR)(9-26, log # 102-090372) to cover-up for the nurse that gave me the wrong medication (Holloway); when I could not urinate. See R 33-108.101 FAC. Even though one of the side effects of the psychotropic drugs I was taking (benadryl/Hegrefol) is urinary disorder. And the nurse that was called (Cowherd) knew this because it says so on the many DC4-545L Informed Consent for Psychotropic Medication forms in my health records. But I was still found guilty and given 60-days in confinement. That's "Staff Abuse" by Holloway, Silcox, Graham, Cowherd, Martin, Mabardy and M. Calpin SHSA. An issue that is ripe for investigation by the Inspector general: Abuse of Substance Abuse Testing criteria and procedures. But since the focus is on "controlled substances," what the I.G. can investigate is this: The Florida Department of Corrections is a "healthcare entity." It possesses a "Restricted Prescription Drug Distributor permit only." Not a wholesaler's license. And yet the FDOC statewide, and at ACI too, is engaged in a clandestine drug diversion operation. Every category of prescription drug: from schedule 1 to schedule 5 drugs are being diverted via FDOC doctor's invoices and prescription blanks; to the private sector: Walmart, Riteaid, Publix, Winn Dixie, Albertsons, Mays Drug, HCA hospital chains, Shands Hospital chains, Lakeshore System Services Inc (SSI)(HealthSouth), etc. Where the diverted drugs are resold to the public. The IG already has the facts on file (#s 05-0444 & 05-60). The state legislature and ex-Gov. Jeb Bush installed Mr. James McDonough, former state Drug Control Policy Chief under Bush. And former White House Drug Czar under President Clinton, to cover-up the FDOC's operational weaknesses. TERRY YON & ASSOCIATES (TYA) is the Tallahassee, FL based company that actually supervises the over-invoicing diversion scheme. A wilful violation of the Dangerous Drug Diversion Control Act, 21 USC § 822"b". Mr. Bill Janes, Fla Drug Control policy chief would like to know about it. So would incumbent President Barack Obama's so far unnamed National Drug Control Policy Chief. Remediation is therefore warranted.

DATE: 2-19-09   SIGNATURE OF GRIEVANT AND D.C. #: _Vincent Rivera_ 518548

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
                                                                      #    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: 0902-102-207   Mailed 2/26/09  MC
                            (Date)                                                        (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY           CENTRAL OFFICE
               INMATE (2 Copies)              INMATE
               INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

Grievance Continuation p 4 of

Vincent Rivera                DC# 518548                    2.19.09.

Look, you have all these deceitful politicians forming the ownership base of a vast consortium of pharmaceutical houses contracting with the state prison system. The governor hands out lucrative business contracts (sweetheart deals). And it's a free for all for public contracts that only the insiders get — ie. Wexford Health Svcs, PHS, TYA, Pfizer, GSK. And since their business interests get politicized diversion of great quantities of prescription medications to the private sector and public officials becomes the norm. Where was Ms. Cindy McCain getting all her pain control medications? Doctor shoppes? Pill mills? Arizona DOC? Valuoptions? It's all part of the healthcare profiteering game. And where did ex-Congressman Tom DeLay R-TX, get the idea for the Prescription Drug Improvement and Modernization Act? And what about federal drug importation policy? The focus is not on those issues in terms of "public information". These issues are being skirted. Just like the FDOC is doing. Typifying "guilty knowledge." The issue in this grievance is state drug control policy. The FDOC can't do both violate it and enforce it, simultaneously. Medical Dept. Staff (doctors, nurses, CMTs, etc, think that FDOC employees are untouchable (immune from liability). Just because so many corrupt lawmakers are backing the prison industrial complex's healthcare/pharmaceutical wing. But try this name on for size: Sen. Ed Kennedy, D-Mass. And the list goes on: Sen. Bill Frist, R-TN (ex-officio), Sen. Mel Martinez, R-Fla, etc. At the state level, Dr. John Agwunobi, the former Exec. Dir. of the Dept. of Health (DCF) turned his back on FDOC doctors over-invoicing prescription medication and diverting drugs to big name retailers like Wallmart and Rite-aid. Agwunobi's successor, Mr. Bob Butterworth, too! The Food & Drug Administration (FDA) approved a lot of unsafe drugs to advance insider-trading. "VIOXX" was one of them. How much VIOXX did the FDOC buy from Merck from 2000-2004 per FDOC physicians invoices? And how much was allegedly "returned" by TYA or Wexford? Compare that to the amount Wallmart and Rite-aid actually sold during the same time period. It's called "price-fixing" or a "tech bust." Take your pick. And all these crooked politicians can't protect FDOC employees. The federales are on to the scheme: Rivera v. Fla Dept of Health no. 05-21204-CIV-Martinez (SDFla) and In re managed care: ADA v. Cigna Corp. nos. 04-1334-MD Moreno, 03-21296 CIV-Moreno (SDFla), tell the whole story. And the FDOC can't protect these crooked public officials. And regardless of how often the FDOC/ACI attempts to shift the focus to gun-torture, food torture, clothing restrictions, or some other unusual, drug diversion remains the FDOC's ac-- * * * * * tual "mission statement."



**PART B - RESPONSE**

| RIVERA, VINCENT | 518548 | 0902-102-207 | APALACHEE EAST UNIT | Y1105U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. Your Formal Appeal is being returned to you without further process as it is in noncompliance with the grievance procedure Chapter 33-103.014(1)(b) The grievance is so broad, general, or vague in nature that it cannot be clearly investigated, evaluated and responded to. Your allegations will be reviewed.

Grievance Returned Without Processing.

If you wish, you may correct the deficiency and return within the proper time frames.

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*Grievance of a Medical Nature*

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

0902-102-174
C/u Y1105 U

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Rivera  Vincent  _____  518548  Apalachee Corr. Inst.
      Last    First  Middle Initial   Number      Institution

**Part A – Inmate Grievance**

The purpose of this administrative grievance is to challenge the legality of the Florida Dept. of Correction's Substance Abuse Testing program, per Inspector General, M. Paul Decker. That would be R 33-108.101 FS. The IG has responsibility for the development and implementation of the Department's Substance Abuse Testing program which provides for "Medical" conditions. But not for "Mental Health" conditions. And that translates into "Discrimination" and "Selective enforcement," in violation of the 14th amdt. I was falsely, wrongfully, or fraudulently written a bogus Disciplinary Report (DR) for allegedly refusing to submit to drug testing. But only after nurse Holloway gave me the wrong medication on 2.5.09. I think nurse Holloway mixed up the psychotropic drugs I usually received at that time (Benadryl), with a narcotic medication called neurotin. And I had an adverse pharmacodynamic reaction which was viewed as an "Observable phenomena" by the staff. Prompting the staff to Substance abuse test me "for cause". See R 33-108.101 (2)(3)(a) FAC. I was written a DR for 9-26. Albeit, the psychotropic meds I was on at the time caused urinary disorder as a side effect – viz Benadryl and tegretol (high doses). I signed a DC4-545L Informed Consent for Psychotropic Medication form at my last camp (Santa Rosa C.I.) and at ACI also. Medical staff was consulted (Holloway/Cowherd M.Calpin, etc.) to justify "staff abuse". Because there was no phenomena to observe the nurse (Holloway) gave me a whole lot of Neurotin instead of Benadryl. At any rate, I was found guilty by the disciplinary team (Martini & Mabardy). I stated in the DR investigation paperwork that I wanted medical to go into my file and find my DC4-545L as exculpatory evidence. Instead the matter was just covered up to avoid criticism of the IG's drug testing program. First it is plain to see that "extenuating circumstances" existed here. Which the OIC swept under the rug (Silcox). I was given medical condition treatment drugs (neurotin) by mistake and not my Mental Health treatment drugs. Even though I signed a DC4-663 Consent to Mental Health Evaluation or Treatment form (originally done at FSP in 2006).

2.19.09           _signature_  518548
DATE              SIGNATURE OF GRIEVANT AND D.C. #

*needs reform*

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___ / ___
                                                                           #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

130
Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: 0902-102-174   mailed 2/20/09
                          (Date)                                                  MC
                                                                                  (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY          CENTRAL OFFICE
               INMATE (2 Copies)              INMATE
               INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

## CONTINUATION OF GRIEVANCE/APPEAL

So the Substance Abuse Testing rule, R. 33-108.101(2)(a)(1) FAC provided Capt. Silcox and his staff (Ofc. B. Graham, etc), with a way to accurately fill the record, but he elected to falsely record an event to cover for Nurse Holloway and the medical staff, at the expense of my mental health. /////////////// ////////////// The IG's drug testing program does not make provisions for mental health conditions. And staff participation or collaboration on the 2.5.09. DR — which was more like a conspiracy to deny my rights — gives causation to this constitutional challenge to the IG's drug testing program/FDOC policy. See DR log# 102-090372. Obviously, it requires a full-scale investigation by the IG's office regarding the facts and evidence. Which don't seem to be in Capt Silcox's favor; nor the medical staff's favor, either. The facts painted onto the DR offer a tunnel-vision view from the IG's own perspective. Because ACI staff is covering up for the IG (Decker); as much as it is for Nurse Holloway. But a constitutional challenge to R 33-108.101 FAC, based on the intentional discrimination of a certain category of inmates (Mental Health), brings the IG out of the closet, for sure. Since it is his Substance Abuse Testing program at stake. It makes the ACI staff look very inefficient as well. But according to the Court of Appeals in Atlanta (11th CCA): Alexander v. Hawk, is controlling precedent. Because it says that the administration of the state agency must be given the first opportunity to correct whatever mistake is at issue. 59 F.3d 1321 (11th Cir 1998). So yes, indeed remediation is warranted. And the warden is the first pit-stop. Because he is the Secretary's delegate. And if the prescribed rule is illegal, correcting action must be taken by the warden (For Cause Testing provision) cf. R 33-108.101(2)(a)1 FAC.

Signature: Vincent Timmons    DC# 518548    Date: Feb. 19, 2009

**PART B - RESPONSE**

| RIVERA, VINCENT | 518548 | 0902-102-174 | APALACHEE EAST UNIT | Y1105U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. Your Formal Appeal is being returned to you for noncompliance per Chapter 33-103.014(1) (f). You did not provide a valid reason for bypassing the previous levels of review as required or the reason provided is not acceptable. We have not received an informal grievance from you. You will need to submit an informal grievance to Col. Copeland.

Grievance Returned Without Processing.

If you wish, you may correct the deficiency and return within the proper time frames.

_____   _____   _2/19/09_
SIGNATURE AND TYPED OR PRINTED NAME     SIGNATURE OF WARDEN, ASST. WARDEN, OR     DATE
OF EMPLOYEE RESPONDING                  SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

FEB 17 2009

Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| RIVERA, VINCENT | 518548 | 09-6-04704 | APALACHEE EAST UNIT | Y1105U |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

This grievance is not accepted as a grievance of an emergency nature by Health Services, Central Office, Tallahassee.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

C. Greene

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

*Emergency Grievance* — *Central Office* — *Bureau of Inm. grievances*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED FEB 13 2009 DEPARTMENT OF CORRECTIONS INMATE GRIEVANCES

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: Rivera   Vincent         518548         Apalachee CI
       Last    First  Middle Initial   Number            Institution

09-6-04704

**Part A – Inmate Grievance**

On February 5, 2009, I was given the wrong medication at the pill line. I take 800 mg Tegretol / 250 mg Benadryl daily as prescribed. On 2-5-09 I was given medication that looked like my regular meds, but did not affect me the same way. Being given the wrong meds had me completely catatonic. I am an open population inmate. I could not even find my dormitory. I was then placed in admin confinement (Q-dorm). I was given a substance abuse test. The wing cameras will show that I was in full compliance with the procedure. The medication that I have been taking since April '08 has side effects. One of them is the inability to control urinary function (urinary disorder). That is a documented side effect, which is stated on the consent to treatment w/medication form 3 which I signed, and is included in my medical jacket. The security staff cannot clean-up the medical dept's mistake (if it was a mistake) by claiming that I was in violation of the substance abuse rule (9-27). No, it doesn't work that way. The institution clearly put me in a life-threatening situation. Because of the flagrant indifference to my medical needs I lapsed into a catatonic state of consciousness. What some people call "Zombified". I could have been stabbed by other inmates or led towards the perimeter fence and shot by guards, etc. All because I was given the wrong meds. The week before blood-work was done (thyroid profile/metabolic panel). After being given the wrong medication by the medical staff, no blood-work was performed to see what was in my blood-stream. That is medical negligence. I don't know if nurse Holloway is an agency nurse (Suwannee) or a Dept. of Corr. nurse, but I do recall her giving me the medication that made me toxic on 2-5-09. My case is overwhelmingly convincing to common sense. There's no getting around it this time. The incident was obviously plotted beforehand. I'm willing to forget about it though.

2-9-09                518548
DATE      SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: #___ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 2/9/09   Institutional Mailing Log #: 09E·066   O. O'Connor
                          (Date)                                         (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY        CENTRAL OFFICE
               INMATE (2 Copies)           INMATE
               INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                           CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental  Y1/05W |  ☐ Other |  |  |
|---|---|---|---|---|---|---|
| FROM: | Inmate Name  Vincent Rivera | DC Number  578548 | Quarters  C-23T | Job Assignment  unassigned | Date  2-9-09 |

## REQUEST

I want to review, inspect, examine and analyze my medical records.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

RECEIVED
FEB 10 2009
APALACHEE C I
MEDICAL

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

Send me a request to me when you get out of confinement - a review of your medical record needs to be done in medical/

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): J Boatan HS | Date: 2-12-09 |
|---|---|

Distribution: White  -Returned to Inmate    Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate           informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Vincent Rivera #585758
Apalachee Correctional
Institution 35 Apalachee
Drive East Unit #102
Sneads, Florida 32460

REC'D by _____ D.C.
MAR 04 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Legal Mail

Clerk of Institution
401 N. Miami Avenue
Miami, Florida 33128

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004234655   $ 01.34⁰
MAILED FROM ZIP CODE 32460   MAR 02 2009

33128+1801 C072